**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| GILBERT LAU | CIVIL ACTION NO. 5:23-1809 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| USA ET AL | MAGISTRATE JUDGE MCCLUSKY |

**JUDGMENT**

The Report and Recommendation [Rec. Doc. 11] of the Magistrate Judge has been considered and no objections thereto have been filed. After a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** the case is **DISMISSED WITH PREJUDICE,** and Plaintiff Gilbert Lau's motion for service [Rec. Doc. 8] be **DENIED AS MOOT**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 24th day of July, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,